UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    PLAINTIFF

VS.

CRISTY BRIGHT
    PETITIONER

CASE/DKT NO.
5:21-cv-262-SPC-PRL

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, THE PETITIONER, CRISTY BRIGHT, PRO SE, RESPECTFULLY SUBMITTING A MOTION FOR APPOINTMENT OF COUNSEL AND HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING FACTS ARE TRUE:

1.) THE ISSUES RAISED IN THE POST-CONVICTION PLEADING HAVE NOT PREVIOUSLY BEEN PRESENTED TO THE COURTS.

2.) I BELIEVE THE ISSUES ARE MERITORIOUS AND RELIEF SHOULD BE GRANTED.

3.) I AM PRESENTLY INCARCERATED AT FCI ALICEVILLE, ALABAMA, AND I AM WITHOUT MONEY OR FINANCIAL MEANS TO RETAIN COUNSEL FOR MYSELF.

4.) THIS HONORABLE COURT IS AUTHORIZED TO APPOINT COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT OF 1964, TITLE 18 USC §3006A(g)

THEREFORE, PETITIONER PRAYS THIS HONORABLE COURT TO APPOINT COUNSEL ON HER BEHALF.

DATE 5-8-21

RESPECTFULLY SUBMITTED,
Cristy Bright
FCI ALICEVILLE
P.O. BOX 4000
ALICEVILLE, ALABAMA 35442

Litigation is deemed filed at the time it was delivered to prison authorities, See Houston v. Lock 487 US 266, 101 L ED 2d 245, 1988

FILED
2021 MAY 13  PM 12:24
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Cristy Bright #56054-177
Federal Correctional Institution Aliceville
P.O. Box 4000
Aliceville, AL 35442

SCREENED BY USMS

BIRMINGHAM AL 350
10 MAY 2021 PM 2 L

Clerk of Court
Golden Column Federal Building
207 N.W. 2nd St, Suite 337
Ocala, Florida 34475

34475-666687